UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL V. HALL, | No. 2:21-cv-0773-EFB P |
| Petitioner, | |
| v. | ORDER |
| JEFF LYNCH, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See* ECF No. 1. Petitioner is incarcerated at California State Prison, Sacramento in Sacramento County, which lies in this district. However, his petition challenges a 2012 conviction for aggravated mayhem imposed by the Santa Clara Superior Court, which lies in the United States District Court for the Northern District of California. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

Accordingly, in the furtherance of justice, IT IS ORDERED that this matter is transferred to the United States District Court for the Northern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d).

DATED: May 3, 2021.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE